UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| TIERRE J. PROBASCO, | § § § | |
| Plaintiff, | § | |
| v. | § § | EP-17-CV-00203-FM |
| WAL-MART STORES TEXAS, LLC, MICHAEL GONZALEZ, | § § § § | |
| Defendants. | § § | |

## ORDER VACATING AWARD OF ATTORNEY'S FEES AND COSTS

On this day, the court considered the status of the above-captioned case. This order arises from the Fifth Circuit's opinion issued on March 22, 2019.[1] Therein, the Fifth Circuit held this court erred when it ordered an award of attorney's fees and costs in the amount of $1,000.

Accordingly, the court **VACATES** the award of attorney's fees and costs as ordered in "Order Denying Defendant's Motion to Dismiss and Remanding Case" [ECF No. 18] and "Order Granting in Part Fees and Costs Pursuant to 28 U.S.C. § 1447" [ECF No. 25].

The award of attorney's fees and costs is **HEREBY VACATED**.

**SO ORDERED.**

SIGNED this __18__ day of **April, 2019**.

FRANK MONTALVO
UNITED STATES DISTRICT JUDGE

---

[1] *See Probasco v. Wal-Mart Stores Texas, L.L.C.*, No. 18-50198 (5th Cir. Mar. 22, 2019).

1